CO-386-online
10/03

# United States District Court
# For the District of Columbia

Seiko Epson Corporation )
)
)
)
vs    Plaintiff )    Civil Action No._____
)
Coretronic Corporation )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Seiko Epson Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Seiko Epson Corporation__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

__384902__
BAR IDENTIFICATION NO.

William J. Utermohlen
Print Name

277 South Washington Street, Suite 500
Address

Alexandria, VA        22314
City        State        Zip Code

703-836-6400
Phone Number