# FedEx® International Air Waybill

For all international shipments

Not all services and options are available to all destinations.

**1 From** *Please print and press hard.*

Date: 04/25/07

Sender's FedEx Account Number: 1062-4376-0

Sender's Name: OLIFF & BERRIDGE PLC

Phone: 703-836-6400

Company: C/O US DISTRICT COURT FOR DC

Address: 227 SOUTH WASHINGTON STREET

SUITE 500

ALEXANDRIA, VA

ZIP Postal Code: 22314

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*

**3 To**

Recipient's Name: (07-558)

Company: CORETRONIC CORPORATION

Address: SCIENCE PARK

NO. 11, LI-HSING ROAD

Dept/Floor:

City: HSINCHU

State/Province: TAIWAN 300

ZIP Postal Code:

Country: REPUBLIC OF CHINA

Recipient's Tax I.D. number for Customs purposes
(e.g. GST/RFC/VAT/IN/EIN, or locally required)

**4 Shipment Information**

Total Packages | Total Weight | | Commodity Description
Shipper's Load and Count/SLAC | lbs / kg | DIM | 

For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Declared Value for Carriage | Value for Customs (Specify Currency)
Harmonized Code | Country of Manufacture | in / cm

**For U.S. Export Only: Check One**
- [ ] No SED required, value $500 or less per Schedule B Commodity number
- [ ] No SED required per FTSR 30.39 (provide CA/SAS/AS) or per Exemption number
- [ ] SED attached; provide export license no. and exp date or license exception symbol (w/ECCN if applicable)

**5 Express Package Service** *Packages up to 150 lbs./68 kg*

- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**6 Packaging**

- [X] FedEx Letter/Envelope
- [ ] FedEx Pak
- [ ] Other Pkg.
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box

**7 Special Handling**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery
- [X] Shipper must check/tick: This shipment does not contain Dangerous Goods.

**8a Payment** *Bill transportation charges to:*
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque

FedEx Acct. No. or Credit Card No.: 1062-4376-0

**8b Payment** *Bill duties and taxes to:*
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party

FedEx Acct. No.:

**9 Required Signature**

Sender's Signature: Oliff & Berridge

Date: 4/25/07

FedEx Tracking Number: 8176 6617 2047

**Questions?**
In the U.S., call (800)247-4747
Outside the U.S., call your local FedEx office
or Visit our Web site at www.fedex.com

Form I.D. No. 0402

341

PART 154086•FedEx Date 11/96
©1994–98 FedEx
PRINTED IN U.S.A.

99 SRC