UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-CV-00558-RBW |
| ) | |
| CORETRONIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR THE ADMISSION *PRO HAC VICE* OF JOHN W. O'MEARA PURSUANT TO LCVR 83.2(D)

Plaintiff Seiko Epson Corporation ("Plaintiff"), by and through its undersigned attorneys, hereby moves, pursuant to LCvR 83.2(d) for the Admission *Pro Hac Vice* of John W. O'Meara, a member in good standing of the Bars of Connecticut and Virginia, and in support thereof states as follows:

1. Pursuant to LCvR 83.2(d), an attorney who is not a member of the Bar of this Court may be admitted *pro hac vice* upon the filing of a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration of the non-member providing certain information specified in the Rule regarding the non-member's practice.

2. Attached hereto as *Exhibit A* is a Declaration of John W. O'Meara in the form prescribed by LCvR 83.2(d).

3. Accordingly, Plaintiff respectfully requests that the instant Motion be granted and that John W. O'Meara be admitted *pro hac vice* in this matter.

DATED this 4th day of June 2007.

        Respectfully submitted,

        SEIKO EPSON CORPORATION


        _/s/ William J. Utermohlen_
        James A. Oliff
        John W. O'Meara
        William J. Utermohlen, D.C. Bar No. 384902
        Tamir D. Damari, D.C. Bar No. 455744
        OLIFF & BERRIDGE, PLC
        277 South Washington Street, Suite 500
        Alexandria, VA  22314
        Telephone:  703-836-6400
        Facsimile:  703-836-2787


        Attorneys for Plaintiff Seiko Epson Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Seiko Epson Corporation's Motion for the Admission Pro Hac Vice of John W. O'Meara, a proposed Order and this Certificate was served upon the following, by e-mail and first class mail on June 4, 2007:

Cheryl A. Falvey
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, D.C.

Elizabeth Rader, Esq.
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306

_____
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORETRONIC CORPORATION, )<br>)<br>Defendant. )<br>) | Case No.: 1:07-CV-00558-RBW |

### DECLARATION OF JOHN W. O'MEARA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

JOHN W. O'MEARA states as follows:

1. I am a member in good standing of the Bars of Connecticut and Virginia.

2. My office address and telephone number is c/o Oliff & Berridge, PLC, 277 South Washington Street, Suite 500, Alexandria, VA 22314, (703) 836-6400.

3. I have not been disciplined by any bar to which I am a member.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of June, 2007

_____
JOHN W. O'MEARA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORETRONIC CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:07-CV-00558-RBW |

### ORDER

**UPON CONSIDERATION** of Seiko Epson Corporation's Motion for the Admission *Pro Hac Vice* of John W. O'Meara, Points and Authorities in support thereof and any Opposition thereto, it is, this _____ day of _____, 2007;

**ORDERED**, that such Motion is hereby **GRANTED**; and further

**ORDERED**, that John W. O'Meara is admitted *pro hac vice* in this matter.

_____
JUDGE