UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-CV-00558-RBW |
| | ) |
| CORETRONIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### MOTION FOR THE ADMISSION *PRO HAC VICE* OF JAMES A. OLIFF PURSUANT TO LCVR 83.2(D)

Plaintiff Seiko Epson Corporation ("Plaintiff"), by and through its undersigned attorneys, hereby moves, pursuant to LCvR 83.2(d) for the Admission *Pro Hac Vice* of James A. Oliff, a member in good standing of the Bars of Maryland and Virginia, and in support thereof states as follows:

1. Pursuant to LCvR 83.2(d), an attorney who is not a member of the Bar of this Court may be admitted *pro hac vice* upon the filing of a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration of the non-member providing certain information specified in the Rule regarding the non-member's practice.

2. Attached hereto as *Exhibit A* is a Declaration of James A. Oliff in the form prescribed by LCvR 83.2(d).

3. Accordingly, Plaintiff respectfully requests that the instant Motion be granted and that James A. Oliff be admitted *pro hac vice* in this matter.

DATED this 6th day of June 2007.

          Respectfully submitted,

          SEIKO EPSON CORPORATION

          /s/ William J. Utermohlen
          James A. Oliff
          John W. O'Meara
          William J. Utermohlen, D.C. Bar No. 384902
          Tamir D. Damari, D.C. Bar No. 455744
          OLIFF & BERRIDGE, PLC
          277 South Washington Street, Suite 500
          Alexandria, VA 22314
          Telephone: 703-836-6400
          Facsimile: 703-836-2787

          Attorneys for Plaintiff Seiko Epson Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1:07-CV-00558-RBW<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JAMES A. OLIFF IN SUPPORT OF MOTION FOR ADMISSION
### *PRO HAC VICE*

JAMES A. OLIFF states as follows:

1. I am a member in good standing of the Bars of Maryland and Virginia.

2. My office address and telephone number are c/o Oliff & Berridge, PLC, 277 South Washington Street, Suite 500, Alexandria, VA 22314, (703) 836-6400.

3. I have not been disciplined by any bar to which I am a member.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 6th day of June, 2007

                                                JAMES A. OLIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-CV-00558-RBW |
| | ) |
| CORETRONIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**UPON CONSIDERATION** of Seiko Epson Corporation's Motion for the Admission *Pro Hac Vice* of James A. Oliff, Points and Authorities in support thereof and any Opposition thereto, it is, this _____ day of _____, 2007;

**ORDERED**, that such Motion is hereby **GRANTED**; and further

**ORDERED**, that James A. Oliff is admitted *pro hac vice* in this matter.

_____
JUDGE